# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERA BRYANT,**

                **Plaintiff,**

**-vs-**                                          **Case No. 6:12-cv-458-Orl-31KRS**

**COALITION FOR HOMELESS,**

                **Defendant.**
_____

## ORDER

This cause comes before the Court on the Application to Proceed in District Court Without Prepaying Fees and Costs (Doc. No. 2) filed March 23, 2012.

On March 28, 2012, the United States Magistrate Judge issued a report (Doc. No. 3) recommending that the complaint be dismissed and that the application be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The complaint in this case is **DISMISSED** without prejudice. Plaintiff may file an amended complaint by May 8, 2012, which complies with the dictates of the Report and

Recommendation. Failure to timely file an amended complaint will result in the case being dismissed and closed without further notice.

     3.     The Application to Proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff may file a renewed motion with the Amended Complaint.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 18, 2012.

                                            GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party